**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| RAHKSPAUL ("BEN") DOGRA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No.  4:19-cv-00548-SRC |
| | ) |
| ROBERT GRIFFIN, III, | ) |
| | ) |
| Defendant. | ) |

## MOTION TO WITHDRAW AS COUNSEL

COMES NOW Erik O. Solverud of the law firm of Spencer Fane LLP and hereby moves the Court for leave to withdraw his appearance as attorney for Plaintiff Rahkspaul Ben Dogra. Plaintiff will continue to be represented by Dowd Bennett LLP, by and through firm attorneys John D. Comerford and James B. Martin.

SPENCER FANE LLP

By: /s/Erik O. Solverud
    Erik O. Solverud,  #44291MO
    Robert H. Lattinville #41019MO
    1 N. Brentwood Blvd., Suite 1000
    St. Louis, MO 63105
    (314) 863-7733 (Telephone)
    (314) 862-4656 (Facsimile)
    esolverud@spencerfane.com
    blattinville@spencerfane.com

*Attorneys for Plaintiff*

**SO ORDERED:**

_____

**CERTIFICATE OF SERVICE**

    I hereby certify that the foregoing document was filed electronically with the United States District Court for the Eastern District of Missouri, Eastern Division, this 25th day of July, 2019, which will send notice of electronic filing to all counsel of record.

                                      /s/Erik O. Solverud