UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| RAHKSPAUL ("BEN") DOGRA, | ) |
| | ) Case No. 4:19-cv-00548 (SRC) |
| Plaintiff, | ) |
| v. | ) |
| ROBERT GRIFFIN, III, | ) |
| Defendant. | ) |

**DEFENDANT'S MOTION TO DISMISS
OR, IN THE ALTERNATIVE, STAY AND COMPEL ARBITRATION**

Defendant Robert Griffin, III ("Defendant"), by and through his attorneys, hereby moves this Court pursuant to Section 4 of the Federal Arbitration Act ("FAA"), 9 U.S.C. § 4, and pursuant to Fed. R. Civ. P. 12(b)(1), for an order dismissing the action or, in the alternative, staying this action and compelling plaintiff Rahkspaul (Ben) Dogra ("Plaintiff") to arbitrate his claims in the exclusive forum of the National Football League Players Association (the "NFLPA").  In support of his motion, Defendant incorporates his Memorandum of Law and the Declaration of Kevin Fritz, filed contemporaneously herewith.

WHEREFORE, Defendant respectfully requests that this Court find that Plaintiff's claims are subject to mandatory arbitration with the NFLPA, dismiss this action or, in the alternative, stay this action and compel the arbitration of Plaintiff's claims, and grant Defendant such other and further relief as the Court deems appropriate under the circumstances at bar.

DATED: September 25, 2019        Respectfully submitted,

                HUSCH BLACKWELL LLP

                Josef S. Glynias, #54974MO
                Kyle P. Seelbach, #60382MO
                190 Carondelet Plaza, Suite 600
                St. Louis, MO 63105
                P: (314) 480-1500
                F: (314) 480-1505
                josef.glynias@huschblackwell.com
                kyle.seelbach@huschblackwell.com

                MEISTER SEELIG & FEIN, LLP

                  */s/ Kevin Fritz*
                Mitchell Schuster (*pro hac vice* motion forthcoming)
                Kevin Fritz (admitted *pro hac vice*)
                125 Park Avenue, 7th Floor
                New York, NY 10017
                P: (212) 655-3500
                F: (212) 655-3535
                ms@msf-law.com
                kaf@msf-law.com

                *Attorneys for Robert Griffin, III*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on September 25, 2019 the foregoing document was served by electronic mail to the following counsel of record:

John D. Comerford
James B. Martin
7733 Forsyth Blvd, Suite 1900
St. Louis, MO 63105
jcomerford@dowdbennett.com
jbmartin@dowdbennet.com

*Attorneys for Plaintiff Rahkspaul (Ben) Dogra*

By: */s/ Kevin Fritz*
      Kevin Fritz
      *Attorney for Robert Griffin, III*