**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

| | |
|---|---|
| RAKSHPAL ("BEN") DOGRA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 4:19-cv-00548-SRC |
| | ) |
| ROBERT GRIFFIN III, | ) |
| | ) |
| Defendant. | ) |

## PLAINTIFF'S MOTION FOR LEAVE TO FILE EXHIBIT UNDER SEAL

COMES NOW Plaintiff Ben Dogra, by and through his undersigned counsel, and hereby moves this Court for leave to file under seal Exhibit 1 to Plaintiff's Opposition to Defendant's Motion to Dismiss or, In the Alternative, Stay and Compel Arbitration, because of confidential information contained therein.

WHEREFORE, Plaintiff respectfully requests the Court enter an Order permitting Exhibit 1 to be filed under seal.

Dated: October 9, 2019               Respectfully submitted,

**DOWD BENNETT LLP**

By:  /s/ John D. Comerford
John D. Comerford, MO #60164MO
James B. Martin, MO #70219MO
7733 Forsyth Blvd., Suite 1900
St. Louis, MO 63105
Telephone: (314) 889-7300
Facsimile: (314) 863-2111
jcomerford@dowdbennett.com
jbmartin@dowdbennett.com

*Attorneys for Plaintiff Rakshpal ("Ben") Dogra*

## **CERTIFICATE OF SERVICE**

       I hereby certify that on October 9, 2019, the foregoing document was filed electronically with the Clerk of Court and served by operation of the Court's electronic filing system upon all counsel of record in this case participating in Electronic Case Filing.

                                          /s/ John D. Comerford

                                 *Attorneys for Plaintiff Rakshpal ("Ben") Dogra*