# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| RAHKSPAUL ("BEN") DOGRA, | ) |
| | ) Case No. 4:19-cv-00548 (SRC) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| ROBERT GRIFFIN, III, | ) |
| | ) |
| Defendant. | ) |

## MEMORANDUM TO COURT REGARDING DOCUMENT FILED UNDER SEAL

As directed by the Court on October 11, 2019 (Dkt. No. 50), defendant Robert Griffin, III ("Defendant") is not aware of any basis for sealing Document No. 46-1.

DATED: October 11, 2019

Respectfully submitted,

HUSCH BLACKWELL LLP

Josef S. Glynias, #54974MO
Kyle P. Seelbach, #60382MO
190 Carondelet Plaza, Suite 600
St. Louis, MO 63105
P: (314) 480-1500
F: (314) 480-1505
josef.glynias@huschblackwell.com
kyle.seelbach@huschblackwell.com

MEISTER SEELIG & FEIN, LLP

*/s/ Kevin Fritz*
Mitchell Schuster (admitted *pro hac vice*)
Kevin Fritz (admitted *pro hac vice*)
125 Park Avenue, 7th Floor
New York, NY 10017
P: (212) 655-3500
F: (212) 655-3535
ms@msf-law.com
kaf@msf-law.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on October 11, 2019 the foregoing document was filed electronically with the Clerk of Court and served by operation of the Court's electronic filing system upon all counsel of record in this case participating in Electronic Case Filing.


By: /s/ Kevin Fritz
Kevin Fritz
*Attorney for Robert Griffin, III*