# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| RAKSHPAL ("BEN") DOGRA, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) Case No. 4:19-cv-00548-SRC |
| ROBERT GRIFFIN III, | ) ) ) |
| Defendant. | ) |

## NOTICE OF APPEAL

Notice is hereby given that Plaintiff Rakshpal "Ben" Dogra, pursuant to Rules 3 and 4 of the Federal Rules of Appellate Procedure, appeals to the United States Court of Appeals for the Eighth Circuit from the Judgment entered in this action on September 9, 2020 (Doc. 95), and the Memorandum and Order granting the Defendant's Motion for Summary Judgment (Doc. 94) and the Memorandum and Order deciding choice of law issues (Doc. 79).

Dated: October 8, 2020

Respectfully submitted,

DOWD BENNETT LLP

By: /s/ John D. Comerford
John D. Comerford, MO #60164MO
James B. Martin, MO #70219MO
7733 Forsyth Blvd., Suite 1900
St. Louis, MO 63105
Telephone: (314) 889-7300
Facsimile: (314) 863-2111
jcomerford@dowdbennett.com
jbmartin@dowdbennett.com

*Attorneys for Plaintiff Rakshpal ("Ben") Dogra*

2

**<u>CERTIFICATE OF SERVICE</u>**

      I hereby certify that on October 8, 2020, the foregoing document was filed electronically with the Clerk of Court and served by operation of the Court's electronic filing system upon all counsel of record in this case participating in Electronic Case Filing.

                                                                                     /s/ John D. Comerford