**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

| | |
|---|---|
| RAHKSPAUL ("BEN") DOGRA, | ) |
| | ) Case No. 4:19-cv-00548 (SRC) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| ROBERT GRIFFIN, III, | ) |
| | ) |
| Defendant. | ) |

### NOTICE OF WITHDRAWAL OF MOTION FOR BILL OF COSTS

PLEASE TAKE NOTICE that Defendant Robert Griffin, III hereby withdraws, with prejudice, the Motion for Bill of Costs (the "Motion"), with each party to bear its own costs. (Doc. 96). Plaintiff Rakshpal ("Ben") Dogra consents to the withdrawal of the Motion.

DATED: October 23, 2020

Respectfully submitted,

HUSCH BLACKWELL LLP
  Josef S. Glynias, #54974MO
  Kyle P. Seelbach, #60382MO
  190 Carondelet Plaza, Suite 600
  St. Louis, MO 63105
  P: (314) 480-1500
  F: (314) 480-1505
  josef.glynias@huschblackwell.com
  kyle.seelbach@huschblackwell.com

MEISTER SEELIG & FEIN, LLP

 */s/ Kevin Fritz*
  Mitchell Schuster (admitted *pro hac vice*)
  Kevin Fritz (admitted *pro hac vice*)
  125 Park Avenue, 7th Floor
  New York, NY 10017
  P: (212) 655-3500
  F: (212) 655-3535
  ms@msf-law.com

1

kaf@msf-law.com
*Attorneys for Robert Griffin, III*

2

9193/1/8097525.v1

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on October 23, 2020 the foregoing document was served by electronic mail to the following counsel of record:

John D. Comerford
James B. Martin
7733 Forsyth Blvd, Suite 1900
St. Louis, MO 63105
jcomerford@dowdbennett.com
jbmartin@dowdbennet.com

*Attorneys for Plaintiff Rahkspaul (Ben) Dogra*

By: */s/ Kevin Fritz*
Kevin Fritz
*Attorney for Robert Griffin, III*