# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

_____

No:  20-3120
_____

Rahkspaul Ben Dogra

Plaintiff - Appellant

v.

Robert C. Griffin, III

Defendant - Appellee

------

Appeal from U.S. District Court for the Eastern District of Missouri - St. Louis
(4:19-cv-00548-SRC)

------

## JUDGMENT

Appellant's motion to dismiss the appeal is granted. The appeal is hereby dismissed in accordance with the Federal Rules of Appellate Procedure 42(b).

The Court's mandate shall issue forthwith.

October 23, 2020

Order Entered Under Rule 27A(a):
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
           /s/ Michael E. Gans